### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| **PEGGY LYNN LUNDINE, et al.,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-cv-1235-JPO |
| **GATES CORPORATION**, | ) |
| Defendant. | ) |

## O R D E R

This matter comes before the court on the joint motion of plaintiff Peggy Lundine and defendant Gates Corporation to dismiss with prejudice the claims of eleven person who have consented to join this case, but whom, after reviewing payroll data, the parties determined were not employed in the covered positions during the three year statute of limitations under the Fair Labor Standards Act (ECF No. 127). Having reviewed the motion and record, the court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the following eleven persons who have consented to join this case shall be dismissed with prejudice: Tiffany Ashby, James Babcock, Dalton Battles, Lisa Connor, Diana Conrad, Sarah Dailing-Lopez, Terrence Heller, Barry Johnson, Jeffrey Larue, Martha Michael, and Bo Smith. The Clerk is directed to remove these parties' names from the case.

Dated February 9, 2021, at Kansas City, Kansas

        s/ James P. O'Hara
        James P. O'Hara
        U.S. Magistrate Judge